UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey D. Gordon,<br><br>Plaintiff,<br><br>vs.<br><br>Vencor, Inc., d/b/a Vencor Hospital-Minneapolis,<br><br>Defendant. | Case No. 01-CV-590 (JMR/FLN)<br><br>**STIPULATION FOR AN ORDER TO EXTEND TIME TO ANSWER OR RESPOND** |

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendant may have up to and including May 10, 2001, to file an answer in this matter and further request the Court to enter an order pursuant to this Stipulation

Dated: April 25, 2001

LAW OFFICES OF.
JAMES BEHRENBRINKER

James Behrenbrinker
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8168

Dated: April 25, 2001

JACKSON LEWIS SCHNITZLER
& KRUPMAN

Susan Segal (#137157)
Natalie Wyatt-Brown (#260757)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

FILED APR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

It is hereby ordered that Defendant shall have up to and including May 2, 2001, to answer Plaintiff's Complaint in this matter.

Dated this 26th day of April, 2001.

Franklin Noel
United States Magistrate Judge