**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

| | | |
|---|---|---|
| JEFFREY D. GORDON,<br><br>Plaintiff,<br>v.<br><br>VENCOR, INC. n/k/a Kindred Healthcare, Inc.; TRANSITIONAL HOSPITALS CORP. (a wholly-owned subsidiary); TRANSITIONAL HOSPITALS CORPORATION (a wholly-owned subsidiary) and THC-MINNEAPOLIS, INC. (a wholly-owned subsidiary) d/b/a Vencor Hospital-Minneapolis, n/k/a Kindred Hospital-Minnesota,<br><br>Defendants. | ) | Case No.: 01-CV-590 JMR/FLN<br><br>[Disability Discrimination in Employment]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**<br><br>**[JURY TRIAL REQUESTED]** |

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**WHEREAS** the parties have reached a final settlement of this matter,

**IT IS HEREBY STIPULATED AND AGREED**, by the parties, through their respective counsel, that the Plaintiff's claims against Defendant may be dismissed with prejudice.

Dated: Nov. 15, 2001

**JAMES BEHRENBRINKER**

By: James Behrenbrinker
James Behrenbrinker (MN Bar #186739)
Attorney at Law
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 871-8168
Facsimile: (612) 871-9270

Attorney for Plaintiff

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED NOV 30 2001
DEPUTY CLERK'S INITIALS

Dated: 11/16, 2001

**JACKSON LEWIS SCHNITZLER & KRUPMAN**

By: ______________________

Thomas E. Marshall (MN Bar #155597)
Natalie Wyatt-Brown (MN Bar # )
Jackson Lewis Schnitzler & Krupman
150 Fifth Street Towers
150 South Fifth Street
Suite 2800
Minneapolis, MN 55402

Attorneys for Defendant
Vencor, Inc., n/k/a Kindred Healthcare, Inc.

**ORDER FOR DISMISSAL**

Based upon the Stipulation and Agreement of the parties,

**IT IS ORDERED** that, this matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 28, 2001

______________________
James M. Rosenbaum
Chief United States District Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500